AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Heather K. Coleman,
*Plaintiff*
v.                                       Civil Action No.     3:19-03515-JMC

Bank of America, N.A.,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendant as to the Plaintiff's claims alleging violations of the SCUTPA, unjust enrichment, and negligence/failure to disclose and these claims are dismissed with prejudice. It is further ordered that Plaintiff's claim under S.C. Code Ann. § 40-58-10 is dismissed.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted defendant's motion to dismiss.

Date:   July 13, 2020                           *CLERK OF COURT*

                                                s/Angie Snipes
                                        *Signature of Clerk or Deputy Clerk*